UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA

    v.

BENJAMIN WILEY,

                 Defendant.

------------------------------------x

ORIGINAL

07 CRIM. 367

NOTICE OF INTENT
TO FILE AN INFORMATION

JUDGE BAER

       Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          April 20, 2007

                                    MICHAEL J. GARCIA
                                    United States Attorney

                      By:   */s/ Jenna M. Dabbs*
                           Jenna M. Dabbs
                           Assistant United States Attorney

                           AGREED AND CONSENTED TO:

                    By:   */s/ Jennifer Brown*
                           Jennifer Brown, Esq.
                         Attorney for Benjamin Wiley

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/07

4/23/07  WHEEL A