```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
       v.                           :   INFORMATION
                                    :
BENJAMIN WILEY,                     :   07 Cr.
                                    :
                    Defendant.      :
                                    :
------------------------------------x
```

## COUNT ONE

The United States Attorney charges:

1. From in or about March 2006 up to and including in or about January 2007, in the Southern District of New York and elsewhere, BENJAMIN WILEY, the defendant, not being a licensed importer, licensed manufacturer, licensed dealer, or licensed collector, unlawfully, willfully and knowingly, did transfer, sell, trade, give, transport, and deliver firearms to a person other than a licensed importer, licensed manufacturer, licensed dealer, or licensed collector, who WILEY knew and had reasonable cause to believe did not reside in the State in which WILEY resides, to wit, WILEY transported firearms he purchased in Ohio, where he resides, to a person resident in the State of New York.

(Title 18, United States Code, Sections 922(a)(5) and 2.)

## COUNT TWO

The United States Attorney further charges:

2. From in or about March 2006 up to and including in or about January 2007, in the Northern District of Ohio, BENJAMIN

WILEY, the defendant, unlawfully, willfully and knowingly, in connection with the acquisition of firearms from a licensed importer, licensed manufacturer, licensed dealer, and licensed collector, did make false written statements intended and likely to deceive such importer, manufacturer, dealer and collector, with respect to facts material to the lawfulness of the sale and other disposition of such firearms, to wit, WILEY completed forms mandated by law when he purchased firearms, and stated on those forms that the firearms he purchased were for his own use, when he knew that he was purchasing the firearms for the use of another person.

(Title 18, United States Code, Section 922(a)(6).)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

BENJAMIN WILEY,

Defendant.

INFORMATION

07 Cr.

(18 U.S.C. §§ 922(a)(5) and 2, 922(a)(6))

MICHAEL J. GARCIA
United States Attorney.

---

4/30/07 - Waiver of Indictment and Information filed. Deft present w/atty Jennifer Brown. AUSA Jenna Dabbs present. Ct. Rpt. present. Deft pleads guilty as charged to the information. Plea agreement marked as Ct. Exh A. Court accepts plea of guilty. PSI ordered, Sentence set for 1-10-08 at 10:00 am. Deft. ROR.

Baer J