# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

Southern District of New York
John J. Byrnes
Attorney-in-Charge

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/07

May 3, 2007

RECEIVED
03 2007
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

**BY FAX**

Honorable Harold Baer, Jr.
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2230
New York, New York 10007

Re:  **United States v. Benjamin Wiley**
     **06 Cr. 367 (HB)**

Dear Judge Baer:

I write, in the above captioned case, to request a modification of Mr. Wiley's bail conditions. Mr. Wiley's travel is currently restricted to the Southern and Eastern Districts of New York, New Jersey and Ohio. Mr. Wiley would like to travel to South Carolina on May 4 thru May 7, 2007. I ask that Mr. Wiley's bail be modified to permit this trip. I have spoken with Assistant United States Attorney, Jenna Dabbs, and she consents to this modification.

Respectfully,

JENNIFER L. BROWN
Attorney for **Bejamin Wiley**
Tel. (212)417-8722

cc:  Jenna Dabbs, Esq.
     Assistant United States Attorney

OK with me

SO ORDERED: Harold Baer, Jr., U.S.D.J. 5/3/07

TOTAL P.002